Motion GRANTED.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| T.C. ON BEHALF OF HER MINOR CHILD, S.C., ) ) ) | |
| Plaintiff, ) | No. 3:17-CV-1098 |
| ) | |
| v. ) ) | Judge Trauger<br>Magistrate Judge Newbern |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, D/B/A METROPOLITAN NASHVILLE PUBLIC SCHOOLS, ) ) ) ) ) ) | JURY DEMAND |
| Defendant. ) ) | |

| | |
|---|---|
| JOHN DOE AND JANE DOE #1, ON BEHALF OF THEIR MINOR CHILD, JANE DOE #2, ) ) ) ) | No. 3:17-CV-1159 |
| Plaintiff, ) ) | Judge Trauger<br>Magistrate Judge Newbern |
| v. ) ) | JURY DEMAND |
| THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, D/B/A METROPOLITAN NASHVILLE PUBLIC SCHOOLS ) ) ) ) ) ) | |
| Defendant. | |

| | |
|---|---|
| SALLY DOE, ON BEHALF OF HER MINOR CHILD, SALLY DOE #2, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE D/B/A METROPOLITAN NASHVILLE PUBLIC SCHOOLS, | ) ) ) ) ) ) |
| Defendant. | ) ) |

No. 3:17-CV-1209

Judge Trauger
Magistrate Judge Newbern

JURY DEMAND

| | |
|---|---|
| MARY DOE #1, ON BEHALF OF HER MINOR CHILD, MARY DOE #2, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, D/B/A METROPOLITAN NASHVILLE PUBLIC SCHOOLS | ) ) ) ) ) |
| Defendant. | ) ) ) |

No. 3:17-CV-1277

Judge Trauger
Magistrate Judge Newbern

JURY DEMAND

## JOINT MOTION TO CONSOLIDATE CASES AND TO WAIVE A JURY TRIAL

The parties jointly request that the above cases be consolidated and that they be tried jointly at a bench trial to be set at the case management conference. All parties consent to withdrawal of their jury demands and consent to a bench trial. Fed. R. Civ. P. 38(d). The parties anticipate submitting proposed case management orders and request that a trial date not be set until the case management conference on August 27, 2018.

Pursuant to Fed. R. Civ. P. 42(a)(1) & (2) the Court may consolidate multiple actions and join the actions for a trial on any or all matters at issue if they involve common question of law or fact. Here, as the Court has previously noted, these four cases involve both common questions of law and fact. Accordingly, the parties request that the Court consolidate all four actions for purposes of discovery and trial.

Respectfully submitted,

/s/Melissa Roberge
Keli J. Oliver, #21023
Melissa Roberge, #26230
Phylinda Ramsey #29545
Metropolitan Attorneys
PO Box 196300
Nashville, TN 37219
(615) 862-6341
(615) 862-6352 (fax)
Keli.Oliver@nashville.gov
Melissa.Roberge@nashville.gov
Phylinda.Ramsey@nashville.gov
*Attorneys for Defendant Metropolitan Government of Nashville and Davidson County*