IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| T.C. ON BEHALF OF HER MINOR CHILD, S.C., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil No. 3:17-cv-01098<br>) Judge Trauger |
| METROPOLITAN GOVERNMENT OF<br>NASHVILLE AND DAVIDSON COUNTY,<br>TENNESSEE, D/B/A METROPOLITAN<br>NASHVILLE PUBLIC SCHOOLS, | )<br>) LEAD CASE<br>)<br>)<br>) |
| Defendant. | ) |

| | |
|---|---|
| JOHN DOE AND JANE DOE #1 ON BEHALF<br>OF THEIR MINOR CHILD, JANE DOE #2, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil No. 3:17-cv-01159<br>) Judge Trauger |
| METROPOLITAN GOVERNMENT OF<br>NASHVILLE AND DAVIDSON COUNTY,<br>TENNESSEE, D/B/A METROPOLITAN<br>NASHVILLE PUBLIC SCHOOLS, | )<br>) Member Case<br>)<br>)<br>) |
| Defendant. | ) |

| | |
|---|---|
| SALLY DOE ON BEHALF OF HER MINOR<br>CHILD, SALLY DOE #2, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil No. 3:17-cv-01209<br>) Judge Trauger |
| METROPOLITAN GOVERNMENT OF<br>NASHVILLE AND DAVIDSON COUNTY,<br>TENNESSEE, D/B/A METROPOLITAN<br>NASHVILLE PUBLIC SCHOOLS, | )<br>) Member Case<br>)<br>)<br>) |

|  | ) |  |
| --- | --- | --- |
| Defendant. | ) |  |

___

| MARY DOE #1 ON BEHALF OF HER MINOR | ) |  |
| --- | --- | --- |
| CHILD, MARY DOE #2, | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Civil No. 3:17-cv-01277 |
|  | ) | Judge Trauger |
| METROPOLITAN GOVERNMENT OF | ) |  |
| NASHVILLE AND DAVIDSON COUNTY, | ) | Member Case |
| TENNESSEE, D/B/A METROPOLITAN | ) |  |
| NASHVILLE PUBLIC SCHOOLS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

For the reasons explained in the accompanying Memorandum, the following Motions for Summary Judgment are hereby **GRANTED**: the Motion for Summary Judgment filed by the Metropolitan Government of Nashville and Davidson County d/b/a/ Metropolitan Nashville Public Schools ("MNPS") regarding the claims of Jane Doe #2 (Doc. No. 76); and MNPS's Motion for Summary Judgment regarding the claims of Sally Doe #2 (Doc. No. 83). The following motions are **GRANTED** in part and **DENIED** in part: MNPS's Motion for Summary Judgment regarding the claims of S.C. (Doc. No. 71); and MNPS's Motion for Summary Judgment regarding the claims of Mary Doe #2 (Doc. No. 82). The plaintiffs' Motion for Summary Judgment (Doc. No. 87) is **DENIED**. MNPS is **GRANTED** summary judgment with regard to S.C.'s Count I, Mary Doe #2's Count I, and all claims filed by Sally Doe #2 and Jane Doe #2.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure, with regard to the following cases: Case No. 3:17-cv-01159; and Case No. 3:17-cv-01209. Nothing about the consolidation of these cases for discovery and trial shall be

viewed as affecting the immediate appealability of those judgments.

    It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge