IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SALLY DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-01209 |
| ) | Judge Trauger |
| METROPOLITAN GOVERNMENT OF NASHVILLE ) | |
| AND DAVIDSON COUNTY, TENNESSEE, D/B/A ) | |
| METROPOLITAN NASHVILLE PUBLIC SCHOOLS, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

The Plaintiff's Motion to Ascertain Status Post Mandate (Doc. No. 84) is GRANTED. The Clerk is hereby ORDERED to reopen this case. It is further ORDERED that a telephone conference will be held with counsel for the parties on Tuesday, April 18, 2023 at 4:30 p.m. in order to reset this case for trial. Judge Trauger's Courtroom Deputy will email to counsel the number they should call in order to participate in the telephone conference.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge